|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)
**NORGAARD O'BOYLE & HANNON**
Jaclynn N. McDonnell, Esq.
jmcdonnell@norgaardfirm.com
184 Grand Avenue
Englewood, New Jersey 07631
(201) 871-1333
*Attorneys for Debtor*

Order Filed on May 18, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 19-27041 |
|---|---|---|
| | Chapter: | 7 |
| FRANCIS J. PRUDENTE, | Hearing Date: | May 17, 2022 |
| Debtor. | Judge: | Stacey L. Meisel |

**ORDER GRANTING MOTION TO REOPEN CASE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POST-PETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**

The relief set forth on the following page is **ORDERED**.

**DATED: May 18, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page (2)
Debtor: FRANCIS J. PRUDENTE
Case No.: 19-27041
Caption of Order: Order Granting Debtor's Motion to Reopen Case to File Debtor's Certification of Completion of Post-Petition Instructional Course Concerning Personal Financial Management.

---

THIS MATTER, having come before the Court on the Motion to Reopen Case to File Debtor's Certification of Completion of Post-Petition Instructional Course Concerning Personal Financial Management filed by the Debtor, Francis J. Prudente, and the Court having considered the papers filed in support of the Motion and the opposition thereto, if any,

**IT IS HEREBY ORDERED**

1. The Debtor's case is reopened.

2. If the Debtor has not already done so, then within 14 days of the date of this order, the Debtor must file the *Certification of Completion of Post-Petition Instructional Course Concerning Personal Financial Management* (if this is a joint case, each debtor must file a separate Certification).

3. The Debtor's discharge shall be entered upon the filing of the *Certification of Completion of Post-Petition Instructional Course Concerning Personal Financial Management.*

4. If the Debtor fails to file the *Certification of Completion of Post-Petition Instructional Course Concerning Personal Financial Management* within 14 days of the date of this order, the case will be reclosed without entry of the discharge, and without further notice from the Court.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                              Case No. 19-27041-SLM

Francis J. Prudente                                                                                                      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 18, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Francis J. Prudente, 2 Candlewick Drive, Towaco, NJ 07082-1200 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022                           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian E Caine | |
| | on behalf of Creditor M&T Bank bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Donald V. Biase | |
| | dbiase4236@gmail.com dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com |
| Donald V. Biase | |
| | on behalf of Trustee Donald V. Biase dbiase4236@gmail.com dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com |
| Jaclynn McDonnell | |
| | on behalf of Debtor Francis J. Prudente jmcdonnell@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Milica A. Fatovich | |
| | on behalf of Trustee Donald V. Biase mfatovich@hookandfatovich.com fyablonsky@hookandfatovich.com |
| U.S. Trustee | |

District/off: 0312-2    User: admin    Page 2 of 2
Date Rcvd: May 18, 2022    Form ID: pdf903    Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6